## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

RICKY SMITH,
:
    Petitioner,                           Case No. 1:11-cv-240

:          District Judge Michael R. Barrett
  -vs-                                         Magistrate Judge Michael R. Merz

WARDEN, Lebanon Correctional
  Institution,
:
    Respondent.

## TRANSFER ORDER

With the consent of both of them, the reference in the above-captioned case is transferred from The Honorable Karen L. Litkovitz to The Honorable Michael R. Merz.

February 21, 2012.

                                                                          s/ **Michael R. Merz**
                                                                            United States Magistrate Judge

J:\Documents\Smith Ricky Habeas.wpd