# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Ricky Smith,

    Petitioner,

        v.                                Case No. 1:11cv240

Warden, Lebanon Correctional
Institution,                            Judge Michael R. Barrett

    Respondent.

## JUDGMENT IN A CIVIL CASE

**[ ]**    **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[ X]**    **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: The Report and Recommendation (Doc. 19) by the Magistrate Judge is adopted. Petitioner's petition for writ of habeas is denied; as is certificate of appealability and leave to appeal *in forma pauperis*. This action is closed.

Date: April 25, 2012                                     James Bonini, Clerk
                                                                     Clerk

                                                           By:      *S/Barbara A. Crum*
                                                           Deputy Clerk